UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARDINAL HEALTH 110, LLC,

                              Plaintiff,

            -against-

SRINIVASA TALLA, et al.,

                              Defendants.

26-CV-1467 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 20, 2026, Defendant Ventaka Chaluvadi filed a motion to dismiss the Amended Complaint. ECF No. 45. On June 3, 2026, Plaintiff timely filed its opposition. ECF No. 56. Accordingly, Defendant Chaluvadi's reply was due on June 10, 2026. Local R. S.D.N.Y. 6.1(b). By **June 24, 2026**, Defendant Chaluvadi must file a reply, or the Court will consider the Motion to Dismiss fully briefed.

Dated:  June 18, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge