UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARDINAL HEALTH 110, LLC,

Plaintiff,

-against-

SRINIVASA TALLA, et al.,

Defendants.

26-CV-1467 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On August 18, 2026, Plaintiff Cardinal Health 110, LLC ("Cardinal Health") filed a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. ECF No. 71. The claims against Defendants were thus terminated, and the Clerk of Court closed the case. However, Defendant Chaluvadi previously filed a motion for sanctions under Rule 11, 28 U.S.C. § 1927, and the Court's inherent authority—which is now fully briefed. *See* ECF Nos. 24, 50–51, 68. In fact, Plaintiff's first attempt to file a notice of voluntary dismissal came only one day after Defendants submitted a notice of supplemental authority relevant to their previously pending motion to dismiss and sanctions motion. *See* ECF Nos. 68–69.

Plaintiff's voluntary dismissal does not divest this Court of jurisdiction to consider Defendant Chaluvadi's sanctions motion. *See, e.g.*, *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395 (1990). Accordingly, by **August 31, 2026**, Defendant Chaluvadi is directed to inform the Court whether he intends to pursue his outstanding sanctions motion.

Dated: August 25, 2026
White Plains, New York.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge